```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 28355
  ANTONIO T MARTINEZ
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-6899


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/21/08 .

     2.  The case was dismissed without confirmation, 01/09/2009.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID           PAID
-----------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG           .00              .00            .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE    NOT FILED              .00            .00
NATIONAL CITY BANK         SECURED                 .00              .00            .00
HOUSEHOLD FINANCE CORP     SECURED VEHIC           .00              .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED              .00            .00
CHASE BANK USA             UNSECURED        NOT FILED              .00            .00
CHASE BANK USA             UNSECURED        NOT FILED              .00            .00
HARLEY DAVIDSON            UNSECURED        NOT FILED              .00            .00
GEMB                       UNSECURED        NOT FILED              .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED              .00            .00
HSBC                       UNSECURED        NOT FILED              .00            .00
NISSAN MOTOR ACCEPTANCE    UNSECURED        NOT FILED              .00            .00
TORRES CREDIT SERVICES     UNSECURED        NOT FILED              .00            .00
WEST ASSET MANAGEMENT      UNSECURED        NOT FILED              .00            .00
          Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00            .00
PRINCIPAL PAID          .00          .00          .00          .00            .00
INTEREST PAID           .00          .00          .00          .00            .00
TOTAL PAID              .00          .00          .00          .00            .00
The Debtor's attorney, ERIC G ZELAZNY & ASSOC         , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 03/13/09                     /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE